UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARY A. BROWN, et al.,

    Plaintiffs,

    v.

JAYCO, INC.,

    Defendant.

Case No. 3:23-CV-156 JD

## ORDER

On May 30, 2023, the parties filed a joint Stipulation to Dismiss (DE 12), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: June 5, 2023

          /s/ JON E. DEGUILIO
          Chief Judge
          United States District Court